# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a foreign corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. CIV-23-203-JD |
| LONGBOW LOGISTICS, LLC, a foreign limited liability company; NICHOLAS A. VENTRESCA, SR., individually and parent and next of kin of N.A.V.J., a minor, | ) ) ) ) ) ) |
| Defendants. | ) |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW the attorneys for the Plaintiff and hereby stipulate and agree that the above-captioned cause may, upon order of the Court, be dismissed with prejudice to further litigation pertaining to all matters involved herein and state that a compromise settlement covering all claims involved in the above-captioned cause has been made between the parties, and the said parties hereby request the Court dismiss said action with prejudice, pursuant to this stipulation.

Respectfully submitted,

s/Derrick T. DeWitt
Derrick T. DeWitt, OBA # 18044
Kenneth G. Cole, OBA #11792
DeWitt Paruolo & Meek, PLLC
PO Box 138800
Oklahoma City, OK 73113
T: (405) 705-3600
F: (405) 705-2573
dewitt@46legal.com
kcole@46legal.com